# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-50230
Summary Calendar

---

United States of America,

Plaintiff—Appellee,

versus

Gerad Raymond Sandate,

Defendant—Appellant.

United States Court of Appeals
Fifth Circuit

**FILED**
October 22, 2025

Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:23-CR-18-1

---

Before King, Haynes, and Ho, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Gerad Raymond Sandate has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sandate has filed responses. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50230

Sandate's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.